# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 25, 2011

Lyle W. Cayce
Clerk

No. 11-60639
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MEERA SACHDEVA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:11-CR-65-1

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Meera Sachdeva appeals the district court's order affirming the magistrate judge's pretrial detention order. The district court determined that no condition or combination of conditions would reasonably assure Sachdeva's presence at trial.

A judicial officer may order a defendant detained pending trial if the officer finds, by a preponderance of the evidence, that "no condition or combination of conditions will reasonably assure the appearance of the person."

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60639

18 U.S.C. § 3142(e), (f); *see United States v. Fortna*, 769 F.2d 243, 250 (5th Cir. 1985).  Absent an error of law, we will uphold a district court's pretrial detention order if it is supported by the proceedings in that court, a deferential standard of review that equates to an abuse of discretion standard.  *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992).

The district court's determination that the Government had shown by a preponderance of the evidence that no condition or combination of conditions could reasonably assure Sachdeva's presence at trial is supported by the record. *See* § 3142; *United States v. Westbrook*, 780 F.2d 1185, 1189-90 (5th Cir. 1986). Accordingly, the pretrial detention order is AFFIRMED.